No. 303.   CALMAR STEAMSHIP CORP. v. SCOTT ET AL., *ante,* p. 427;

No. 494.   MILLER v. GUTHRIE ET AL., *ante,* p. 918;

No. 602.   THEODORAKIS v. XILAS ET AL., *ante,* p. 936; and

No. 642.   HOOD ET AL. v. UNITED STATES, *ante,* p. 941. Petitions for rehearing denied.

No. 372, Misc.   SEVERA v. NEW JERSEY, *ante,* p. 929. Second petition for rehearing denied.

No. 386, Misc.   WATERMAN v. NEW YORK; and

No. 387, Misc.   WATERMAN v. SCHATTEN ET AL., *ante,* p. 945.   Petition for rehearing and for other relief denied.

No. 398, Misc.   MILLER v. STANDARD OIL Co:, *ante,* p. 945; and

No. 430, Misc.   DARRIN v. CAPITAL TRANSIT Co., *ante,* p. 944.   Petitions for rehearing denied.

JUNE 8, 1953.

No. 818.   ROBINSON v. BARROW-PENN & Co., INC. Appeal from the Supreme Court of Appeals of Virginia. *Per Curiam:* The appeal is dismissed for the want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied.   *Thomas J. Surface* and *R. H. McNeill* for appellant.   *Frank W. Rogers* for appellee.